**SAO**
Diana S. Cline, Esq.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
Melissa Barishman, Esq.
Nevada Bar No. 12935
E-mail: melissa@hkimlaw.com
Howard Kim & Associates
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>          Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-00800-GMN-CWH<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"), by and through its attorney of record, Wayne Klomp, Esq. of the law firm Snell & Wilmer, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Wells Fargo's complaint to **June 9, 2015.**   An extension is necessary to allow SFR sufficient time to review the file and appropriately respond the complaint.  Plaintiff has no objection the extension.

///

///

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

- 1 -

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 29th day of May, 2015.                    DATED this 29th day of May, 2015.


**HOWARD KIM & ASSOCIATES**                          **SNELL & WILMER, LLP**

*/s/ Jacqueline A. Gilbert*                           */s/ Wayne Klomp*
Diana S. Cline, Esq.                                  Amy F. Sorenson, Esq.
Nevada Bar No. 10580                                  Nevada Bar No. 12495
Jacqueline A. Gilbert, Esq.                           Andrew M. Jacobs, Esq.
Nevada Bar No. 10593                                  Nevada Bar No. 12787
Melissa Barishman, Esq.                               Wayne Klomp, Esq.
Nevada Bar No. 12935                                  Nevada Bar No. 10109
1055 Whitney Ranch Drive, Suite 110                   50 West Liberty Street, Suite 510
Henderson, Nevada 89014                               Reno, Nevada 89501-1961
Phone: (702) 485-3300                                 Phone: (775) 785-5440
Fax:    (702) 485-3301                                Fax:    (775) 785-5441
*Attorneys for SFR Investments Pool 1, LLC*           *Attorneys for Wells Fargo Bank, N.A.*


<u>**ORDER**</u>

IT IS SO ORDERED.

**DATED** this 2nd day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/  Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301