Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV  89501-1961
Telephone:  (775) 785-5440
Facsimile:  (775) 785-5441
Email: asorenson@swlaw.com
        ajacobs@swlaw.com
        wklomp@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association; | Case No.: 2:15-cv-00800-GMN-CWH |
| Plaintiff, | **WELLS FARGO BANK, N.A.'S RULE 5.1 NOTICE OF CONSTITUTIONAL QUESTION** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; | |
| Defendants. | |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys, Snell & Wilmer L.L.P., provides this Notice of Constitutional Question pursuant to Federal Rule of Civil Procedure 5.1.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

## NOTICE OF CONSTITUTIONAL QUESTION

Wells Fargo has challenged the constitutionality of Nevada Revised Statute 116.3116 *et seq.* (the "Statute") as more fully set forth in the Complaint.  Wells Fargo alleges that the Statute is unconstitutional for the following reasons:

**1.      The Statute Effects a Regulatory Taking without Just Compensation in Violation of the Fifth Amendment to the U.S. Constitution.**

The Statute on its face effects a regulatory taking of Wells Fargo's secured interest in the property located at 3616 Cantura Crest Court, North Las Vegas, Nevada 89031, APN 124-29-413-022 (the "Property").   The Fifth Amendment to the United States Constitution prohibits "private property be[ing] taken for public use without just compensation."  U.S. Const. amend. V.; *Chicago, B. & Q.R. Co. v. Chicago*, 166 U.S. 226, 228-29 (1897).  Permitting a homeowner's association to transfer real property from a private owner to a third-party for a *de minimis* amount while extinguishing a lender's first deed of trust on the property is a taking in violation of the U.S. Constitution.

**2.      The Statute Fails To Require Actual Notice to Lenders in Violation of Constitutional Due Process Rights.**

The right to due process is secured by the Fifth and Fourteenth Amendments to the United States Constitution.  Those due process provisions of the U.S. Constitution require that "at a minimum, [the] deprivation of life, liberty or property by adjudication be preceded by notice and opportunity for hearing appropriate to the nature of the case."  *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).  Here, the Statute does not require a homeowner's association to provide notice to a lender before the homeowner's foreclosure sale purportedly extinguishes the lender's deed of trust.  Because of the Statute's failure to require notice to the lender whose property interest is at risk, the Statute violates the lender's rights to due process as set forth in the U.S. Constitution.

## CONCLUSION

This Notice of Constitutional Question is made for the purposes outlined in Rule 5.1 of the Federal Rules of Civil Procedure.  A copy of this Notice along with the Complaint on

1    file herein has been sent via certified mail to the Office of the Attorney General.

2
         Dated: June 4, 2015.                    SNELL & WILMER L.L.P.
3

4                                          By:    /s/ Wayne Klomp
                                                Amy F. Sorenson (NV Bar No. 12495)
5                                               Andrew M. Jacobs (NV Bar No. 12787)
                                                Wayne Klomp (NV Bar No. 10109)
6                                               50 West Liberty Street, Suite 510
                                                Reno, Nevada  89501-1961
7                                               Telephone:  (775) 785-5440
                                                Facsimile:  (775) 784-5441
8

9                                               *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21801085

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that, pursuant to Rule 5.1 of the Federal Rules of Civil Procedure and the instructions of the Office of the Attorney General of Nevada, I have mailed the foregoing document by certified mail, postage fully prepaid, to the following:

Office of the Attorney General
Attn: Gina Long
555 E. Washington Ave.
Suite 3900
Las Vegas, NV 89101


DATED:  June 4, 2015

*/s/ Lara Taylor*
Lara Taylor, Employee of Snell & Wilmer L.L.P.

21801085