Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, NV  89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: asorenson@swlaw.com
        ajacobs@swlaw.com
        wklomp@swlaw.com
*Attorneys for Plaintiff and Counter Defendant*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company,<br><br>Counter Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; EDGAR I. TREYES, an individual,<br><br>Counter Defendant,<br>Cross Defendant. | Case No.: 2:15-cv-00800-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY CASE AND POSTPONE SETTLEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA  89501
(775) 785-5440

24839107

**STIPULATION**

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), Defendant and Counter-Claimant SFR Investments Pool 1, LLC ("SFR"), Defendant Fiesta Del Norte Homeowners Association ("HOA"), and Defendant Alessi & Koenig, LLC ("Alessi"), through their respective attorneys, as follows:

WHEREAS on May 25, 2016, the Court referred this case to the Magistrate Judge for a settlement conference pursuant to LR 16-5 (ECF No. 50); and

WHEREAS on June 20, 2016, the Magistrate Judge issued an Order granting a stipulation to continue the settlement conference (ECF No. 55) and setting the settlement conference for September 16, 2016; and

WHEREAS the Ninth Circuit Court of Appeals issued a decision in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 2016 WL 4254983, ___ F.3d ___ (9th Cir. August 12, 2016), determining that the statute at issue in this case violated due process; and

WHEREAS a petition for rehearing has been filed and an order for response has been filed in *Bourne Valley*, and no mandate has yet issued in that case,

Now therefore, the Parties stipulate and agree to stay this litigation and postpone the settlement conference pending a resolution of the issues raised in *Bourne Valley*, which issues may impact this case.

///
///
///
///
///
///
///
///
///
///

24839107

Snell & Wilmer
L.L.P.
LAW OFFICES
50 WEST LIBERTY STREET, SUITE 510
RENO, NEVADA 89501-1961
(775) 785-5440

1       The stay may be lifted by stipulation of the parties or by motion.

2    DATED this 14th day of September, 2016.        DATED this 14th day of September, 2016.

3    SNELL & WILMER L.L.P.                          KIM GILBERT EBRON

4

5    By:   _/s/ Wayne Klomp_____           By:   _/s/ Jacqueline A. Gilbert_____
            Amy F. Sorenson, Esq.                         Jacqueline A. Gilbert, Esq.
6           Nevada Bar No. 12495                          Nevada Bar No. 10593
            Andrew M. Jacobs, Esq.                        Diana Cline Ebron, Esq.
7           Nevada Bar No. 12797                          Nevada Bar No. 10580
            Wayne Klomp, Esq.                             Karen L. Hanks, Esq.
8           Nevada Bar No. 10109                          Nevada Bar No. 9578
            50 West Liberty Street, Suite 510            7625 Dean Martin Drive, Suite 110
9           Reno, Nevada  89501-1961                      Las Vegas, Nevada  89139
            Telephone: (775) 785-5440                     Telephone: (702) 485-3300
10          Facsimile: (775) 785-5441                     Facsimile: (702) 485-3301
            *Attorneys for Plaintiff Wells Fargo Bank*    *Attorneys for Defendant SFR Investments*
11                                                        *Pool 1, LLC*

12   DATED this 13th day of September, 2016.

13   ALESSI & KOENIG, LLC

14

15   By:   _/s/ Steven T. Loizzi, Jr._____
            Steven T. Loizzi, Jr., Esq.
16          Nevada Bar No. 10920
            9500 W Flamingo Rd., Ste. 205
17          Las Vegas, NV 89147
            Telephone:  (702) 222-4033
18          Facsimile: (702) 222-4043
     *Attorneys for Alessi & Koenig, LLC and Fiesta*
19   *Del Norte Homeowners Association*

20

21

22

23

24

25

26

27

28

24839107

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that this case is administratively **STAYED** pending exhaustion of all appeals of *Bourne Valley Court Trust v. Wells Fargo Bank*, No. 15-15233 (9th Cir. Aug. 12, 2016).  Once exhaustion occurs, any party may move to lift the stay.  Until that time, all proceedings in this action are stayed.

**IT IS FURTHER ORDERED** that pursuant the Parties' joint request in Stipulation (ECF No. 61), the settlement conference set for September 16, 2016, is hereby **VACATED**. Nevertheless, this Order does not prevent the parties from continuing to engage in settlement negotiations with the assistance of the Magistrate Judge.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** without prejudice with leave to refile within twenty-one days after the stay is lifted.

**IT IS FURTHER ORDERED** that current occupant, SFR Investments Pool 1, LLC ("SFR"), who purchased the Property at the HOA foreclosure sale, shall care for, preserve, and maintain the Property.

**IT IS FURTHER ORDERED** that, beginning on March 15, 2017, the parties must file a joint status report updating the Court on the status of this case every one-hundred and eighty days.  Along with the joint status report, SFR shall submit a statement affirming that all expenses necessary to maintain the property, including but not limited to, timely and full payment of all homeowners association assessments, property taxes, and property insurance premiums due and owing or past due at any time during the effective period of this Stay are current and up to date.

**DATED** this __15__ day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system, including the following:

Howard C. Kim, Esq.
Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, NV  89139
howard@kgelegal.com
diana@kgelegal.com
jackie@kgelegal.com
*Attorneys for SFR Investments Pool 1, LLC*

Steven T. Loizzi, Jr., Esq.
Alessi & Koenig, LLC
9500 W. Flamingo Rd., Ste 205
Las Vegas, NV  89147
steve@alessikoenig.com
*Attorneys for*
*Fiesta Del Norte Homeowners Association*
*and Alessi & Koenig, LLC*

DATED: September 14, 2016

                                        */s/ Lara J. Taylor*
                                An Employee of Snell & Wilmer L.L.P.

24839107