1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>            Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC., a Nevada limited liability company, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-00800-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE PENDING DECISION ON STIPULATION TO STAY [ECF NO. 68]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>            Counter-Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; EDGAR I. TREYES, an individual,<br><br>    Counter-Defendant/Cross-Defendant. | |

SFR Investments Pool 1, LLC ("SFR"), by and through its attorneys of record, and Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys of record, hereby stipulate to an extension of time of the deadline to file dispositive motions pending the outcome on the Stipulation and Order to Stay Litigating Pending Final Resolution of the Certified Question Before the Nevada

Supreme Court [ECF No. 68], filed on May 24, 2018. The current dispositive motion deadline is June 7, 2018 pursuant to this Court's minute order entered on May 17, 2018 [ECF No. 67]. In order to conserve judicial resources, as well as the time and effort of the parties, this extension is appropriate and not for the purposes of undue delay. The parties hereby request that the deadline to file dispositive motions be continued to two (2) calendar weeks following this Courts decision on the Stipulation to Stay [ECF No. 68]. Further, any opposition to any dispositive motions filed on or before the extended deadline will be due 21 calendar days following the extended deadline to file dispositive motions. Any replies will be filed in the ordinary course.

Following the decision on the Stipulation to Stay, the parties stipulate that Wells Fargo may supplement or amend any dispositive motion it files before the decision of the Certified Question.

Good cause exists to grant this stipulation for an extension of the dispositive deadline as the Stipulation to Stay is pending, which would ultimately stay the dispositive motion deadline. More so, should the Stipulation to Stay be granted, the extension will avoid unnecessary briefing and re-briefing once the Certified Question is decided.

This is the parties' first request for the extension of this deadline and it is not intended to cause any delay or prejudice any party to this action.

DATED the 7th day of June, 2018.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*_____
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

DATED the 7th day of June, 2018.

**KIM GILBERT EBRON**

*/s/ Wayne Klomp*_____
AMY F. SORENSON, ESQ.
Nevada Bar No. 12495
ANDREW M. JACOBS, ESQ.
Nevada Bar No. 12797
WAYNE KLOMP, ESQ.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**
**DATED** this __20__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2018, pursuant to FRCP 5, I served via the Court's CM/ECF electronic notice of the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE PENDING DECISION ON STIPULATION TO STAY [ECF NO. 68],** to the following persons:

Amy F. Sorenson     asorenson@swlaw.com, Docket_LAS@swlaw.com, DOCKET_SLC@swlaw.com, smoen@swlaw.com

Andrew M. Jacobs     ajacobs@swlaw.com, docket_tux@swlaw.com, nwhitney@swlaw.com

Jeanette E. McPherson     bkfilings@s-mlaw.com

John S Delikanakis     jdelikanakis@swlaw.com, ahernandez@swlaw.com, DOCKET_LAS@swlaw.com, jforrest@swlaw.com

Steven T. Loizzi , Jr     eserve@nrs116.com, jona@nrs116.com, steve@nrs116.com

Wayne O. Klomp     wklomp@swlaw.com, docket_las@swlaw.com, ljtaylor@swlaw.com

*/s/ Jason G. Martinez*
An employee of Kim Gilbert Ebron

**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 3 -