1 Amy F. Sorenson, Esq.
Nevada Bar No. 12495
2 Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
3 Kelly H. Dove, Esq.
4 Nevada Bar No. 10569
SNELL & WILMER L.L.P.
5 3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
6 Telephone: (702) 784-5200
7 Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
8 ajacobs@swlaw.com
kdove@swlaw.com
9 *Attorneys for Plaintiff and Counter-Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; FIESTA DEL NORTE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No.: 2:15-cv-00800-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION** |

It is hereby stipulated and agreed by and between the Plaintiff/Counter-Defendant Wells Fargo Bank, N.A. and Defendant/Counter-Claimant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties") by and through their respective counsel that all claims in this action between the Parties will be dismissed with prejudice.

/ / /

4845-7618-8601

However, nothing in this Stipulation is intended to or should be construed to dismiss or otherwise affect SFR's claims and judgment for quiet title in favor of SFR and against Edgar Treyes.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 13th day of April, 2020     DATED this 13th day of April, 2020

SNELL & WILMER L.L.P.     KIM GILBERT EBRON

By: */s/ Kelly H. Dove*     By: */s/ Jacqueline A. Gilbert*
    Amy F. Sorenson, Esq.               Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 12495                Nevada Bar No. 10593
    Andrew M. Jacobs, Esq.              Diana S. Ebron, Esq.
    Nevada Bar No. 12797                Nevada Bar No. 10580
    Kelly H. Dove, Esq.                   Karen L. Hanks, Esq.
    Nevada Bar No. 10569                Nevada Bar No. 9578
    3883 Howard Hughes Pkwy, Suite 1100    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89169            Las Vegas, Nevada 89139
  *Attorneys for Wells Fargo Bank, N.A.*     *Attorneys for SFR Investments Pool 1, LLC*

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this __13__ day of April, 2020.

 

_____
Gloria M. Navarro, District Judge
United States District Court

- 2 -

4845-7618-8601

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS LITIGATION** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: April 13, 2020.

                                          */s/ Maricris Williams*
                                          An Employee of Snell & Wilmer L.L.P.

4845-7618-8601